**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | December 2, 2015 | Probation: | Robert Ford |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Tracy Weir | | |

Criminal Case No:   **15-cr-00293-WYD**          Counsel:

UNITED STATES OF AMERICA,                Beth N. Gibson

       Plaintiff,

v.

**1.  LYNN TOPOLSKI**,                    Mark S. Hanchey

       Defendant.

**SENTENCING**

**10:07 a.m.**      Court in Session - Defendant present, on bond.

> **Change of Plea Hearing - Wednesday, September 2, 2015, at 10:00 a.m.
> Plea of Guilty - count one of Information.**

      APPEARANCES OF COUNSEL.

      Court's opening remarks.

10:15 a.m.      Statement on behalf of Probation (Mr. Ford).

10:17 a.m.      Statement on behalf of Defendant by Kathy Berry.

10:21 a.m.      Statement on behalf of Defendant by John Berry.

10:29 a.m.      Statement on behalf of Defendant by Nicole Berry.

| | |
|---|---|
| 10:33 a.m. | Statement on behalf of Defendant by Tara O'Brien. |
| 10:37 a.m. | Statement on behalf of Defendant by Dawn Weismer. |
| 10:46 a.m. | Offer of proof as to statement by Andy Knote (Mr. Hanchey). |
| 10:47 a.m. | Statement on behalf of Defendant by Wendie Schritchfield |
| 10:53 a.m. | Offer of proof as to statement by Michael Scritchfield (Mr. Hanchey). |
| 10:56 a.m. | Statement on behalf of Defendant by Kathy Topolski. |
| 11:22 a.m. | Statement and argument on behalf of Defendant (Mr. Hanchey). |
| 11:44 a.m. | Statement and argument on behalf of Government (Ms. Gibson). |
| **11:50 a.m.** | Court in Recess |
| **1:40 p.m.** | Court in Session |
| 1:41 p.m. | Statement and argument on behalf of Government (Ms. Gibson). |
| 1:44 p.m. | Statement and argument on behalf of Defendant (Mr. Hanchey). |
| 1:45 p.m. | Statement on behalf of Probation (Mr. Ford). |
| 1:48 p.m. | Statement by Defendant on his own behalf (Mr. Topolski). |
| 2:01 p.m. | Statement on behalf of Government (Ms. Gibson). |
| 2:02 p.m. | Statement on behalf of Probation (Mr. Ford). |
| 2:04 p.m. | Statement on behalf of Defendant (Mr. Hanchey). |
| | Court makes findings. |

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility [ECF Doc. No. 23], filed November 24, 2015, is **GRANTED.**

Order is **APPROVED BY THE COURT.**

**ORDERED:** Defendant's Motion for Statutory Sentence [ECF Doc. No. 17], filed November 9, 2015, is **GRANTED to the extent it seeks a variance.**

**ORDERED:**   Defendant be **imprisoned** for **23** months.

**Court RECOMMENDS that the Bureau of Prisons place the defendant at (.**

**ORDERED:**   Defendant is placed on **probation** for a term of **5** years.

**ORDERED:   Conditions** of **Supervised Release** are:

(X)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X)   Defendant shall not commit another federal, state or local crime.

(X)   Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X)   Defendant shall comply with standard conditions adopted by the Court.

(X)   If the judgment in this case imposes a fine or restitution obligation, it shall be a condition of supervised release that the Defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the judgment.

(X)   Defendant shall not unlawfully possess a controlled substance.

(X)   The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

(X)   The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

(X)   The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16911, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he resides, works, is a student, or was convicted of a qualifying offense.

**ORDERED:   Special Condition(s)** of **Supervised Release** are:

1.   The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer.

2. The defendant shall participate in and successfully complete an approved program of sex offender evaluation and treatment as directed by the probation officer, which may include polygraph, plethysmograph and visual reaction time measuring instruments as determined therapeutically appropriate. The defendant will be required to pay the cost of these evaluations and treatment. The defendant shall comply with the rules and restrictions specified by the treatment agency.

3. The defendant's use of computers and internet access devices shall be limited to those the defendant requests to use, and which the probation officer authorizes. The defendant shall submit his person, and any property, house, residence, vehicle, papers, computer, other electronic communications or data storage devices or media, and effects to search at any time, with or without a warrant, by any law enforcement or probation officer with reasonable suspicion concerning a violation of a condition of supervised release or unlawful conduct by the person, and by any probation officer in the lawful discharge of the officer's supervision functions.

4. The defendant shall allow the probation officer to install software/hardware designed to monitor computer activities on any computer the defendant is authorized by the probation officer to use. The software may record any and all activity on the computer, including the capture of keystrokes, application information, Internet use history, email correspondence, and chat conversations. A notice will be placed on the computer at the time of installation to warn others of the existence of the monitoring software on the computer. The defendant shall not attempt to remove, tamper with, reverse engineer, or in any way circumvent the software/hardware.

5. The defendant shall not have unsupervised contact with minors.

6. All employment for the defendant shall be approved in advance by the probation officer.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:** Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days. Defendant advised of right to appeal in forma pauperis.

**ORDERED:**    Defendant may surrender voluntarily as follows:  **Report to the United States Marshal's Service, 901 19th Street, 3rd floor, Denver, CO  80294 not later than Thursday, December 3, 2015, at 3:00 p.m.**

The court finds that defendant **is not** likely to flee or be a danger to self or others and it is **ORDERED**:  **BOND CONTINUED.**

**2:24 p.m.**         Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:  2:27**